UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| STEPHEN ROBBINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 18-CV-2623-DDC-TJJ |
| | ) |
| DYCK O'NEAL, INC., | ) |
| | ) |
| Defendant. | ) |

**AFFIDAVIT**

STATE OF KANSAS      )
                     ) ss
COUNTY OF JOHNSON    )

I, Tamie Thurston, being of legal age, hereby declare under oath and, upon personal knowledge, state as follows:

1. I am a Mortgage Default Specialist III with TruHome Solutions, LLC ("TruHome"). TruHome provides servicing or sub-servicing to credit unions for loans, including mortgage loans   I handled the loan by Mr. Robbins, and am personally acquainted with the facts, circumstances, and events concerning collection, default, foreclosure, 1099-C reporting, and related aspects of the Robbins loan. My duties require that I maintain the records relating to the accounts I handle.

2. I make this affidavit on personal knowledge. The documents attached to this affidavit constitute business records made and maintained by TruHome in the ordinary course of TruHomes' business, made by someone with personal knowledge at the time of the events recorded, as a regular practice of our business.

3. With respect to Stephen Robbins ("Robbins"), TruHome provided assistance as servicer of the original loan. This loan closed on May 14, 2008. Within a short time period thereafter, the original lender sold the loan to the Federal Home Loan Mortgage Corporation ("Freddie Mac"), who assumed all risk and became owner of the loan. TruHome continued to provide servicing (actually "sub-servicing") of this loan thereafter. TruHome monitored the loan for payment and compliance with the applicable note and deed of trust for this investment property located in St. Louis, Missouri.

4. Robbins failed to honor his obligations in making payments.

5. On behalf of Freddie Mac, TruHome requested and obtained a foreclosure under the applicable Deed of Trust through SouthLaw, P.C.

6. A Trustee's Deed under Sale was filed by SouthLaw, P.C. on July 13, 2015, and Trustee's Deed conveyed the property to TruHome Solutions, LLC on July 24, 2015.

7. By Special Warranty Deed on July 28, 2015, TruHome conveyed the property to Freddie Mac. TruHome executed an Assignment of Note to Freddie Mac as Assignee on December 7, 2016.

8. Based on TruHome's understanding that Freddie Mac would not pursue collection of a deficiency balance following foreclosure, TruHome erroneously filed a 1099-C showing no deficiency.

9. Freddie Mac then assumed responsibility for further action.

10. In September 2017, TruHome heard from Dyck-O'Neal, Inc., who had received the account from Freddie Mac for collection of the deficiency. At that time, TruHome learned that Freddie Mac did want to pursue this balance, and never intended to waive the balance.

11. As a result, after confirming with Freddie Mac, TruHome prepared a corrected 1099-C.

12. Attached hereto as Exhibit "A" is a true and correct copy of the corrected 1099-C that TruHome filed with the IRS, and sent to Robbins.

13. On September 19, 2017, TruHome mailed a corrected 1099-C to Robbins and filed the corrected 1099-C with the IRS.

14. Attached hereto as Exhibit "B" is a true and correct copy of the Trustee's Deed under Sale.

15. Attached hereto as Exhibit "C" is a true and correct copy of the Special Warranty Deed conveying ownership of the foreclosed property to Federal Home Loan Mortgage Corporation on July 28, 2015, executed by TruHome.

16. Attached hereto as Exhibit "D" is a true and correct copy of the Assignment of Note dated December 7, 2016, executed by TruHome.

FURTHER AFFIANT SAYETH NOT.

_____
Tamie Thurston

Subscribed and sworn to before me on this 24th day of April, 2019.

_____
NOTARY PUBLIC  Kimra Y Loe

My Commission Expires: 6/18/20

KIMRA Y. LOE
NOTARY PUBLIC
STATE OF KANSAS
My Appt. Exp. 6/18/20

| | | |
|---|---|---|
| | [X] CORRECTED (if checked) | |
| CREDITOR'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br><br>Atten: Corporate Tax Department<br>Freddie Mac (126555)<br>8200 Jones Branch Drive<br><br>McLean    VA    22102              (703)714-3418 | 1 Date of identifiable event<br>07/09/2015 | OMB No. 1545-1424<br><br>2015<br><br>Form **1099-C** | **Cancellation of Debt** |
| | 2 Amount of debt discharged<br>$ 0.00 | | |
| | 3 Interest if included in box 2<br>$ 0.00 | | |
| CREDITOR'S federal identification number<br>52-0904874 | DEBTOR'S identification number<br>XXX-XX-8485 | 4 Debt description<br><br>10621 Spring Garden Drive, St. Louis, MO | **Copy B**<br>**For Debtor**<br><br>This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported. |
| DEBTOR'S name<br>Stephen Robbins | | | |
| Street address (including apt. no.)<br>P.O. Box 3444 | 5 If checked, the debtor was personally liable for repayment of the debt  . . . . . . . . . ▶ [X] | | |
| City or town, state or province, country, and ZIP or foreign postal code<br>Olathe KS 66063 | | | |
| Account number (see instructions)<br>506633101   126555 | 6 Identifiable event code<br>D | 7 Fair market value of property<br>$ 500.00 | |
| Form **1099-C**        (keep for your records) | www.irs.gov/form1099c | Department of the Treasury - Internal Revenue Service | |

**EXHIBIT A**

Book:21606 - Page:1724




*2015072400503*

### GERALD E. SMITH, RECORDER OF DEEDS
### ST. LOUIS COUNTY MISSOURI
### 41 SOUTH CENTRAL, CLAYTON, MO 63105

| TYPE OF INSTRUMENT | GRANTOR | TO | GRANTEE |
|---|---|---|---|
| TRS-F | ROBBINS STEPHEN BY TR ETAL | | TRUHOME SOLUTIONS LLC |

**PROPERTY DESCRIPTION:** GLASGOW VILLAGE UNIT NO. TEN L: 67 B: 19 PB: 62 PG: 22

| Lien Number | Notation | Locator |
|---|---|---|
| | | |

NOTE: I, the undersigned Recorder of Deeds, do hereby certify that the information shown on this Certification Sheet as to **TYPE OF INSTRUMENT, the NAMES of the GRANTOR and GRANTEE** as well as the **DESCRIPTION of the REAL PROPERTY affected** is furnished merely as a convenience only, and in the case of any discrepancy of such information between this Certification Sheet and the attached Document, **the ATTACHED DOCUMENT governs.** Only the DOCUMENT NUMBER, the DATE and TIME of filing for record, and the **BOOK** and **PAGE** of the recorded Document is taken from this CERTIFICATION SHEET.

### RECORDER OF DEEDS DOCUMENT CERTIFICATION

**STATE OF MISSOURI** )
                      ) SS.
**COUNTY OF ST. LOUIS** )

**Document Number**
**00503**

I, the undersigned Recorder of Deeds for said County and State, do hereby certify that the following and annexed instrument of writing, which consists of ____8____ pages, (this page inclusive), was filed for record in my office on the ___24___ day of _____July_____ ___2015___ at __12:35PM__ and is truly recorded in the book and at the page number printed above.

In witness whereof I have hereunto set my hand and official seal the day, month and year aforesaid.

**MM**
Deputy Recorder

*Gerald E. Smith*
Recorder of Deeds
St. Louis County, Missouri

**Mail to:**

South and Associates
6363 College Blvd Suite 100
Overland Park, KS 66211

Destination code:     4003

# EXHIBIT B

RECORDING FEE ___42.00___
(Paid at the time of Recording)

MARGIN ABOVE RESERVED FOR RECORDING INFORMATION

TRUSTEE'S DEED UNDER SALE

DATE OF INSTRUMENT: July 13, 2015

GRANTOR:   SouthLaw, P.C.
Successor Trustee
6363 College Blvd. Suite 100
Overland Park, KS 66211

GRANTEE:   TruHome Solutions, LLC
9777 Ridge Drive
Lenexa, KS 66219

AFFECTED INSTRUMENT IF APPLICABLE: Recorded MAY 19, 2008, DOCUMENT NO. 00586, IN BOOK NO. 17892, AT PAGE 2891

ATTACHMENTS: Attachments are integral parts of this instrument.

LEGAL DESCRIPTION: ST. LOUIS County, Missouri (Continued On Next Page If Applicable):

Lot 67 in Block 19 of GLASGOW VILLAGE UNIT NO. 10, according to the plat thereof recorded in Plat Book 62 Pages 22 and 23 of the St. Louis County records.

File No. 179988
SouthLaw, P.C.
6363 College Blvd. Suite 100
Overland Park, KS 66211



WHEREAS, Stephen Robbins, a Single Person, did by a Deed of Trust dated May 14, 2008, filed for record on May 19, 2008, Document No. 00586, in Book No. 17892, at Page 2891, in the Office of the Recorder of Deeds in St. Louis County, Missouri, convey the property described below:

**Lot 67 in Block 19 of GLASGOW VILLAGE UNIT NO. 10, according to the plat thereof recorded in Plat Book 62 Pages 22 and 23 of the St. Louis County records.**

IN TRUST, to secure the payment of the indebtedness described in the Deed of Trust (the "Security Instrument").

AND WHEREAS, default was made and still continues in the payment of the indebtedness, the undersigned Successor Trustee did, at the request of the legal owner and holder of the unpaid indebtedness secured by the Security Instrument, proceed to execute the powers conferred by the Security Instrument, and did on Thursday, July 9, 2015, having previously given at least twenty days public notice of the date and recording information of the Security Instrument, the grantors, and the time, terms and place of sale and the description of the property to be sold, and all other particulars required by law, by advertisement inserted as required by law and by the Security Instrument (a copy of which advertisement, with the affidavit of the publisher of the newspaper proving its publication, is attached and incorporated herein), at the place and on the day and date stated in the notice, the undersigned successor trustee did between the hours of nine o'clock in the forenoon and five o'clock in the afternoon, beginning at 12:00 PM (noon), expose to sale for cash, to the highest bidder, at public vendue upon terms announced prior to the sale, the property previously described in this instrument.

NOW, THEREFORE, KNOW ALL PERSONS BY THESE PRESENTS, that the undersigned Successor Trustee, in consideration of the premises and the sum of $500.00, paid to it by TruHome Solutions, LLC, the receipt of which is acknowledged, does BARGAIN, SELL AND CONVEY unto the Grantee (whether one or more) named on the first page of this instrument, the property situated in the County of St. Louis, and the State of Missouri, as legally described commencing on the first page of this instrument, and commonly known as 10621 Spring Garden Drive, St. Louis, Missouri 63137.

This conveyance is without warranty whatsoever, either express or implied, and is subject to all prior easements, restrictions, reservations, covenants and encumbrances now of record, if any.

TO HAVE AND TO HOLD the same unto Grantee and to its successors and assigns forever.

The undersigned Successor Trustee warrants and certifies that, as required by §443.325, RSMo., pertaining to notices of sale under power of sale, a writing in words and figures identical to the notice of sale attached to the publisher's affidavit as attached was placed in an envelope and deposited in the United States mail on June 18, 2015, being not less than twenty (20) days prior to the scheduled date of sale, via both regular and certified mail, restricted delivery, marked "Restricted Delivery," "Return Receipt Requested," with postage pre-paid, to the person or entity at the addresses shown, and for which proof of mailing is attached to this instrument.

The undersigned Successor Trustee further warrants and certifies that to the best knowledge and belief of the Successor Trustee on the date of the sale no owner was a member of the Armed Forces of the United States of America entitled to the benefits of The Service Members Civil Relief Act of 2003, as amended and no owner died within six months next preceding the date of the sale as pertains to §443.300, RSMo. The undersigned Successor Trustee further warrants and certifies that no notice of intent to redeem as pertains to §§443.420, et seq, RSMo. was given by an owner to the foreclosing trustee at or

File No. 179988

prior to the sale.

IN WITNESS, WHEREOF, the Successor Trustee has executed this deed and set its seal on the date first above written.

SouthLaw, P.C.

By: _____
Steven L. Crouch, Vice-President

Conni S. Gerstner, Assistant Secretary

STATE OF KANSAS     )
                                ) SS
COUNTY OF JOHNSON )

On July 13, 2015 before me, a Notary Public, personally appeared Steven L. Crouch, to me personally known, who, being duly sworn by me did say that he is the Vice-President of SouthLaw, P.C., a Missouri corporation, and that the instrument was signed on behalf of SouthLaw, P.C. by Steven L. Crouch and he acknowledged the instrument to be the free act and deed of the corporation.

IN TESTIMONY, I have set my hand and affixed my official seal at my office the day and year last above written.

Emily Burrows, Notary Public
State of Kansas
County of Johnson

My Commission Expires:

9/28/15

EMILY BURROWS
Notary Public
State of Kansas
My Commission Expires 9/28/15

File No. 179988

**St. Louis County**

# Legal Ledger


Stephen Robbins, 179988

## AFFIDAVIT OF PUBLICATION

County of St. Louis
            ss
State of Missouri

Before the undersigned, a Notary Public of Jackson County, Missouri, duly commissioned, qualified and authorized by law to administer oaths, personally appeared

**John Wingo**

Publisher of the **St. Louis County Legal Ledger**, a daily newspaper of general circulation published, issued, and entered as periodicals class mail in the city of St. Louis, in said County and State; that he is authorized to make this affidavit and sworn statement; that the notice or other legal advertisement of

**Trustee's Sale Notice**

a true copy of which is attached hereto, was published in the **St. Louis County Legal Ledger** on the following dates:

**June 19, 2015 through July 9, 2015**

in volume        7

and numbered     260-280

and that the said newspaper in which such notice, document, or legal advertisement was published was, at the time of each and every such publication, a newspaper meeting all of the requirements and qualifications of Chapter 493, including Sections 493.050, 493.070 and 493.090, Revised Statutes of Missouri.

_____
John Wingo

Sworn to and subscribed
before me this      **July 09, 2015**

_____
Peter J. Gray
Notary Public—Jackson County, State of Missouri
My commission expires January 22, 2017
Commission No. 13736279

### NOTICE OF TRUSTEE'S SALE

For default in the payment of debt secured by a deed of trust executed by **Stephen Robbins**, a Single Person, dated May 14, 2008, and recorded on May 19, 2008, **Document No. 00586, in Book No. 17892, at Page 2891**, at the Office of the Recorder of Deeds in St. Louis County, Missouri, the undersigned Successor Trustee will on Thursday, **July 9, 2015**, at 12:00 PM (noon), at the First Floor - Plaza Level of the St. Louis County Courthouse, Clayton, Missouri, sell at public vendue to the highest bidder for cash:

Lot 67 in Block 19 of GLASGOW VILLAGE UNIT NO. 10, according to the plat thereof recorded in Plat Book 62 Pages 22 and 23 of the St. Louis County records. (commonly known as 10621 Spring Garden Drive, St. Louis, Missouri 63137)

subject to all prior easements, restrictions, reservations, covenants and encumbrances now of record, if any, to satisfy the debt and costs.

SouthLaw, P.C. f/k/a
South & Associates, P.C.,
Successor Trustee
www.Southlaw.com

**NOTICE**

Pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. §1692c(b), no information concerning the collection of this debt may be given without the prior consent of the consumer given directly to the debt collector or the express permission of a court of competent jurisdiction. The debt collector is attempting to collect a debt and any information obtained will be used for that purpose (Casefile No. 179988-740167).

First Publication June 19, 2015
260-280—Daily        SLT6495

## NOTICE OF TRUSTEE'S SALE

For default in the payment of debt secured by a deed of trust executed by Stephen Robbins, a Single Person, dated May 14, 2008, and recorded on May 19, 2008, Document No. 00586, in Book No. 17892, at Page 2891, at the Office of the Recorder of Deeds in St. Louis County, Missouri, the undersigned Successor Trustee will on Thursday, July 9, 2015, at 12:00 PM (noon), at the First Floor - Plaza Level of the St. Louis County Courthouse, Clayton, Missouri, sell at public vendue to the highest bidder for cash:

**Lot 67 in Block 19 of GLASGOW VILLAGE UNIT NO. 10, according to the plat thereof recorded in Plat Book 62 Pages 22 and 23 of the St. Louis County records.**

(commonly known as 10621 Spring Garden Drive, St. Louis, Missouri 63137)

subject to all prior liens, easements, restrictions, reservations, covenants and encumbrances now of record, if any, to satisfy the debt and costs.

SouthLaw, P.C. f/k/a South & Associates, P.C. Successor Trustee

First Publication: June 19, 2015. For more information, visit www.southlaw.com

## NOTICE

Pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. §1692c(b), no information concerning the collection of this debt may be given without the prior consent of the consumer given directly to the debt collector or the express permission of a court of competent jurisdiction. The debt collector is attempting to collect a debt and any information obtained will be used for that purpose (Casefile No. 179988-740167).

File No. 179988

Book:21610 - Page:1204





*201507280 0436*

### GERALD E. SMITH, RECORDER OF DEEDS
### ST. LOUIS COUNTY MISSOURI
### 41 SOUTH CENTRAL, CLAYTON, MO 63105

| TYPE OF INSTRUMENT | GRANTOR | TO | GRANTEE |
|---|---|---|---|
| WD | TRUHOME SOLUTIONS LLC | | FEDERAL HOME LOAN MORTGAGE CORP |

PROPERTY DESCRIPTION: **GLASGOW VILLAGE UNIT NO. TEN L: 67 B: 19 PB: 62 PG: 22**

| Lien Number | Notation | Locator |
|---|---|---|
| | | |

NOTE: I, the undersigned Recorder of Deeds, do hereby certify that the information shown on this Certification Sheet as to **TYPE OF INSTRUMENT, the NAMES of the GRANTOR and GRANTEE** as well as the **DESCRIPTION of the REAL PROPERTY affected** is furnished merely as a convenience only, and in the case of any discrepancy of such information between this Certification Sheet and the attached Document, **the ATTACHED DOCUMENT governs.** Only the DOCUMENT NUMBER, the DATE and TIME of filing for record, and the **BOOK** and **PAGE** of the recorded Document is taken from this CERTIFICATION SHEET.

### RECORDER OF DEEDS DOCUMENT CERTIFICATION

STATE OF MISSOURI  )
                   ) SS.
COUNTY OF ST. LOUIS )

**Document Number**
**00436**

I, the undersigned Recorder of Deeds for said County and State, do hereby certify that the following and annexed instrument of writing, which consists of ___3___ pages, (this page inclusive), was filed for record in my office on the ___28___ day of ___July___ ___2015___ at ___11:08AM___ and is truly recorded in the book and at the page number printed above.

In witness whereof I have hereunto set my hand and official seal the day, month and year aforesaid.

T1
Deputy Recorder

*Gerald E. Smith*
Recorder of Deeds
St. Louis County, Missouri

Mail to:

South and Associates
6363 College Blvd Suite 100
Overland Park, KS 66211

Destination code:    4003

# EXHIBIT C

RECORDING FEE ___27.00___
(Paid at the time of Recording)

MARGIN ABOVE RESERVED FOR RECORDING INFORMATION

## SPECIAL WARRANTY DEED

DATE OF INSTRUMENT: July 24, 2015

GRANTOR:  TruHome Solutions, LLC
9777 Ridge Drive
Lenexa, KS 66219

GRANTEE:  Federal Home Loan Mortgage Corporation
5000 Plano Parkway
Carrollton, TX 75010

EFFECTED INSTRUMENT IF APPLICABLE: Recorded July 24, 2015, Document No. 00503, in Book No. 21606 at Page 1724
ATTACHMENTS: None

LEGAL DESCRIPTION: ST. LOUIS COUNTY, MO* (CONTINUED ON NEXT PAGE IF APPLICABLE):

**Lot 67 in Block 19 of GLASGOW VILLAGE UNIT NO. 10, according to the plat thereof recorded in Plat Book 62 Pages 22 and 23 of the St. Louis County records.**

(*Recognition of county as re-recorded to reflect St. Louis County.)

File No. 179988
Robbins - SWD

## SPECIAL WARRANTY DEED

WITNESSETH: TruHome Solutions, LLC, a limited liability company, the GRANTOR, (whether one or more) in consideration of the sum of One Dollar and other valuable consideration to it paid by the Federal Home Loan Mortgage Corporation, GRANTEE (whether one or more), the receipt of which is acknowledged, does by these presents, Grant, Bargain and Sell, Convey and Confirm unto the GRANTEE, its successors and assigns, the lots, tracts or parcels of land, described as follows, situated in the County of St. Louis, State of Missouri to-wit;

**Lot 67 in Block 19 of GLASGOW VILLAGE UNIT NO. 10, according to the plat thereof recorded in Plat Book 62 Pages 22 and 23 of the St. Louis County records.**

commonly known as 10621 Spring Garden Drive, St. Louis, Missouri 63137 (the "Property").

Subject to all prior easements, restrictions, reservations and covenants now of record, if any.

TO HAVE AND TO HOLD the premises with all and singular, the rights, privileges, appurtenances and immunities belonging or in anywise appertaining unto the GRANTEE and unto its successors and assigns forever. GRANTOR covenanting that the premises are free and clear from any encumbrance done or suffered by it; and that it will warrant and defend the title to the premises unto the GRANTEE and unto its successors and assigns forever, against the lawful claims and demands of all persons claiming under it.

IN WITNESS, the GRANTOR has caused these presents to be signed by its Vice President.

TruHome Solutions, LLC

By _____

David B. Pearson, Vice President
Print name

### ACKNOWLEDGMENT

STATE OF KANSAS        )
                       ) ss.
COUNTY OF JOHNSON      )

On this 24th day of July, 2015, before me, appeared David B. Pearson, to me personally known, who being by me duly sworn, did say that he is the Vice President of TruHome Solutions, LLC, and that the instrument was signed on behalf of the company, and he acknowledged the instrument to be the free act and deed of the company.

IN WITNESS, I have set my hand and affixed my official seal the day and year last above written.

CORTNEY MEEKER
Notary Public
State of Kansas
My Commission Expires 04/09/19

Notary Public
State of Kansas
County of Johnson

My Commission Expires: _____

File No. 179988
Robbins - SWD

ASSIGNMENT OF NOTE

State of Kansas
County of Johnson

Assignor:  TruHome Solutions, LLC

Assignee:  Federal Home Loan Mortgage Corporation

In consideration of ONE DOLLAR ($1.00) and other good and valuable consideration paid, the above named Assignor hereby assigns to the above-named Assignee, all its right, title and interest to that one Promissory Note dated 5/14/2008 in the original principal amount of $45,320.00, along with any other evidence of indebtedness such as guaranty(ies) or endorsement(s), wherein:

Stephen Robbins

are/is "Maker(s)".  Assignor further assigns all of its rights, title, and interest in and to any cause of action against Maker(s) for a deficiency claim comprised of unpaid principal, interest, costs and attorney's fees, resulting from the foreclosure which occurred on or about 7/9/2015 in Saint Louis County, MO against the following real property:

10621 Spring Garden Drive
Saint Louis, MO 63137

Assignee shall have full right to maintain an action on the claims hereby assigned and to settle, compromise, and reassign such claims and to release in full or part the liability thereunder. This Assignment is made by Assignor and accepted by Assignee without any warranties.

TruHome Solutions, LLC

Signed: _____   Its:  __Senior Vice President_____

ACKNOWLEDGEMENT

State of Kansas
County of Johnson

BEFORE ME, the undersigned authority, on this day personally appeared:

_Douglas Battin, Senior Vice President_ of TruHome Solutions, LLC
known to me to be the person whose name is subscribed to the foregoing instrument, and acknowledged to me that he/she executed the same for the purpose and consideration therein expressed, in the capacity therein stated and as the act and deed of said entity.

GIVEN UNDER MY HAND AND SEAL OF OFFICE this date: December 7, 2016_____

_____
Notary Public- State of Kansas

KIMRA Y. LOE
NOTARY PUBLIC
STATE OF KANSAS
My Appt. Exp. 6/18/20

Loan #:  0001000601630
DONI #:  333203886

**EXHIBIT D**