IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| STEPHEN ROBBINS, on behalf of himself and all those similarly situated,<br><br>                    Plaintiff<br>v.<br><br>DYCK O'NEAL INC.<br><br>                    Defendant | Case No. 18-cv-2623-DDC-TJJ |

**NOTICE TO TAKE DEPOSITION**

TO: Mr. Louis J. Wade
Ms. Ania Wlodek Moncrief
McDowell Rice Smith & Buchanan P.C.
The Skelly Building, Suite 350
605 W. 47th Street
Kansas City, MO 64112
lwade@mcdowellrice.com
amoncrief@mcdowellrice.com
ATTORNEYS FOR DEFENDANT
DYCK O'NEAL INC.

DEPONENT: Mary Resch

DATE & TIME: April 28, 2020 beginning at 9:30 a.m.

PLACE: Via Telephone and/or Zoom

MANNER OF
RECORDING: Steno or other certified shorthand reporter

REPORTER: The Cooper Group

PLEASE TAKE NOTICE that the deposition of Mary Resch will be taken on behalf of Plaintiff on the day and year and at the time and location indicated above. The deposition will continue, if not completed on that day, from day to day at the same time and place until completed. You are invited to attend and participate.

BOYD KENTER THOMAS & PARRISH, LLC

_____

Mark E. Parrish    Mo. Bar No. 40571
Joshua A. Sanders    Mo. Bar No. 64305
Erica Fumagalli    Mo. Bar No. 70069
PO Box 1099
221 W. Lexington Avenue, Suite 200
Independence, Missouri 64051
Telephone: (816) 471-4511
Facsimile:  (816) 471-8450
mparrish@bktplaw.com
jsanders@bktplaw.com
efumagalli@bktplaw.com

and

Keith N. Williston, Esq.
KS# 78645
THE WILLISTON LAW FIRM, LLC
201 SE Williamsburg Drive
Blue Springs, MO 64014
Phone: (913) 207-5450
willistonkeith@yahoo.com

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of April 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Mr. Louis J. Wade
Ms. Ania Wlodek Moncrief
McDowell Rice Smith & Buchanan P.C.
The Skelly Building, Suite 350
605 W. 47th Street
Kansas City, MO 64112
lwade@mcdowellrice.com
amoncrief@mcdowellrice.com

_____
ATTORNEYS FOR PLAINTIFF

2