IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

STEPHEN ROBBINS, on behalf of himself
and all those similarly situated,

                Plaintiff

v.                                        Case No. 18-cv-2623-DDC-TJJ

DYCK O'NEAL INC.

                Defendant

## STIPULATION FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by the parties and their respective counsel that the above-captioned action in its entirety, including but not limited to, all claims of the Plaintiff against the Defendant as well as all claims and counterclaims of the Defendant against the Plaintiff, is voluntarily dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) with each party to bear his, her or its own taxable costs.

BOYD KENTER THOMAS & PARRISH, LLC

/s/ Mark E. Parrish
Mark E. Parrish     Mo. Bar No. 40571
Joshua A. Sanders   Mo. Bar No. 64305
Erica Fumagalli     Mo. Bar No. 70069
221 W. Lexington Avenue, Suite 200
Independence, Missouri 64050
Telephone: (816) 471-4511
Facsimile:  (816) 471-8450
mparrish@bktplaw.com
jsanders@bktplaw.com
efumagalli@bktplaw.com

and

Keith N. Williston, Esq., KS# 78645
THE WILLISTON LAW FIRM, LLC
201 SE Williamsburg Drive
Blue Springs, MO 64014
Phone: (913) 207-5450
willistonkeith@yahoo.com

ATTORNEYS FOR PLAINTIFF


MCDOWELL RICE SMITH & BUCHANAN P.C.


/s/ Louis J. Wade_____
Louis J. Wade            KS Bar No. 13042
Ania Wlodek Moncrief   KS Bar No. 25763
The Skelly Building, Suite 350
605 W. 47th Street
Kansas City, MO 64112
lwade@mcdowellrice.com
amoncrief@mcdowellrice.com

ATTORNEYS FOR DEFENDANT

2